UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

GINA CHAVEZ, individually,
    Plaintiff,

v.

PATIENT ACCOUNTING SERVICE CENTER,
LLC, d/b/a "ARStrat", a Washington limited
liability company,                                  **JURY DEMAND**

    Defendant.
_____/

## COMPLAINT

1. Plaintiff GINA CHAVEZ alleges violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* (the "FDCPA") against Defendant PATIENT ACCOUNTING SERVICE CENTER, LLC, d/b/a "ARStrat."

## JURISDICTION AND VENUE

2. This Court has subject matter jurisdiction under 28 U.S.C. § 1331 and 15 U.S.C. § 1692k(d), as this is a civil action arising under the laws of the United States.

3. This Court has personal jurisdiction over the Defendant because the correspondence forming the basis of this action were sent by the Defendant into this District, and because Defendant conducts business in this District by regularly placing telephone calls, sending mail, and transacting with alleged debtors in this District.

4. Venue in this District is proper because the Plaintiff resides here and received letters from Defendant within this District.

## PARTIES

5. Plaintiff GINA CHAVEZ is a natural person and a citizen of the State of Florida, residing in Broward County, Florida.

6. Defendant PATIENT ACCOUNTING SERVICE CENTER, LLC ("PASC") is a debt collector that operates under the fictious name "ARStrat" from offices located at 9800 Centre Pkwy, Suite 1100, Houston, TX 77036-8263; Plaintiff further alleges that PASC is a citizen of the States of Washington and Texas.

7. Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of consumer debts.

8. Defendant regularly collects or attempts to collect consumer debts for other persons.

9. Defendant is a "debt collector" as defined by the FDCPA, 15 U.S.C. § 1692(a)(6).

## FACTUAL ALLEGATIONS

10. Plaintiff previously incurred a debt to Glendale Memorial Hospital in connection with personal medical services.

11. Defendant PASC was subsequently engaged to attempt to collect the aforementioned debt.

12. On January 2, 2015, Defendant sent a dunning letter to the Plaintiff demanding payment of the aforementioned debt. A true and correct copy of the Defendant's January 2, 2015 dunning letter is attached hereto and incorporated herein as Exhibit A.

13. On January 13, 2015, the Plaintiff sent a certified letter to the Defendant disputing the aforementioned debt, requesting validation of the same, and further demanding that the Defendant cease and desist from all further communication apart from the requested validation. A true and correct copy of the Plaintiff's letter and certified mail receipt is attached hereto and incorporated herein as Exhibit B.

14. The aforementioned letter was received by Defendant PASC on January 21, 2015, as evidenced by the certified mail receipt and return receipt, attached hereto as <u>Exhibit C</u>, and USPS tracking printout attached hereto as <u>Exhibit D</u>.

15. On March 11, 2015, despite receipt of the Plaintiff's letter advising Defendant to stop contacting her, the Defendant sent another dunning letter to the Plaintiff. A true and correct copy of this letter is attached hereto as <u>Exhibit E</u>.

## COUNT I
## VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT

16. Plaintiff incorporates paragraphs 1 through 15 herein.

17. Defendant violated the FDCPA by continuing to communicate with the Plaintiff after being advised in writing to cease communicating, in violation of 15 U.S.C. § 1692c(c).

WHEREFORE, Plaintiff GINA CHAVEZ requests that the Court enter judgment in favor of Plaintiff and against Defendant PATIENT ACCOUNTING SERVICE CENTER, LLC for:

   a. actual damages;

   b. statutory damages of $1,000.00;

   c. attorney's fees, litigation expenses, and costs of the instant suit, and;

   d. such other or further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff demands trial by jury.

Dated this 24th day of April, 2015.

>BRET L. LUSSKIN, Esq.
>*Attorney for Plaintiff*
>20803 Biscayne Blvd., Ste 302
>Aventura, Florida 33180
>Telephone: (954) 454-5841
>Facsimile: (954) 454-5844
>blusskin@lusskinlaw.com

3

4

> By: /s/ Bret L. Lusskin, Esq.
> Bret L. Lusskin, Esq.
> Florida Bar No. 28069